CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| ROBERT ROSS, | : | Hon. Renée Marie Bumb |
| Petitioner, | : | Civil No. 06-6108 (RMB) |
| v. | : |  |
| ALFARO ORTIZ, et al., | : | **ORDER** |
| Respondents. | : |  |

For the reasons set forth in the Opinion filed herewith,

IT IS on this **25th** day of **September** 2007,

**ORDERED** that the Petition for a Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** as untimely; and it is further

**ORDERED** that a certificate of appealability, see 28 U.S.C. § 2253(c)(2), is **DENIED**; and it is finally

**ORDERED** that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall close the file.

Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**