**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| ROBERT ROSS, | : | Hon. Renée Marie Bumb |
| Petitioner, | : | Civil No. 06-6108 (RMB) |
| v. | : |  |
| ALFARO ORTIZ, et al., | : | **ORDER** |
| Respondents. | : |  |

For the reasons set forth in the Opinion filed herewith,

IT IS on this **14th** day of **December** 2007,

**ORDERED** that the Clerk shall reopen the file; and it is further

**ORDERED** that Petitioner's motion [docket entry #10] to extend the time to file a notice of appeal is GRANTED, and the Clerk shall file the notice of appeal nunc pro tunc, on the condition that, within 20 days of the date of the entry of this Order, Petitioner files a declaration or notarized statement pursuant to Rule 4(c)(1) of the Federal Rules of Appellate Procedure setting forth the date of deposit of the notice of appeal in the institution's internal mail system, provided said date is on or before November 26, 2007, and state that first-class postage was prepaid; and it is finally

**ORDERED** that, at the time of entry of this Order, the Clerk shall serve copies of this Order and the accompanying Opinion upon Petitioner by regular mail and shall re-close the file.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**
