**CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

|  |  |  |
|---|---|---|
| ROBERT ROSS, | : | Hon. Renée Marie Bumb |
| Petitioner, | : | Civil No. 06-6108 (RMB) |
| v. | : | |
| ALFARO ORTIZ, et al., | : | **ORDER** |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this **6th** day of **March** 2008,

**ORDERED** that Petitioner's motion [docket entry #18] pursuant to Fed. R. Civ. P. 60(b) is DENIED; and it is further

**ORDERED** that a certificate of appealability is DENIED, see 28 U.S.C. § 2253(c)(2); and it is finally

**ORDERED** that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall re-close the file.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
United States District Judge